# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RAYMOND REDELL, | No. ED CV 05-927-VAP(CW) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| GARY S. PENROD (Sheriff) | |
| Defendant, | |

Pro se plaintiff is currently a detainee in state custody at Coalinga State Hospital, but this civil rights action concerns events that allegedly occurred while plaintiff was temporarily at a San Bernardino County jail facility. His initial complaint was filed on October 11, 2005, pursuant to the court's Order re Leave to File Action Without Prepayment of Filing Fee. Plaintiff's First Amended Complaint was filed on March 3, 2006, and the pending Second Amended Complaint was filed on October 5, 2006. Sheriff Penrod, the only remaining defendant, filed his Answer on March 26, 2007.

1

Defendant Penrod filed a motion for summary judgment on December 5, 2007. In the Minute Order filed January 23, 2008, the court advised plaintiff on the nature of a summary judgment motion and the requirements for opposing the motion, and set a deadline of February 22, 2008, for plaintiff's opposition. On February 7, 2008, plaintiff filed his "Motion to Dismiss Complaint without Prejudice pursuant to FRCP Rule 41(a)." Therein, plaintiff states that, when he was transferred to Coalinga Hospital he was separated from the person who was assisting him in this action, and that he cannot continue to litigate it at this time.

Because plaintiff did not request dismissal before defendant Penrod filed an answer, and plaintiff has not filed a stipulation of dismissal signed by all parties, this action may not be simply dismissed by plaintiff pursuant to Fed. R. Civ. P. 41(a)(1). On the other hand, plaintiff states that he has not previously dismissed any action, it does not appear that a voluntary dismissal at this time will prejudice the defendant, and plaintiff appears to qualify for voluntary dismissal by court order pursuant to Fed. R. Civ. P. 41(a)(2).

It is therefore **ORDERED** (1) that plaintiff's motion for voluntary dismissal (docket no. 28, filed February 7, 2008) be **GRANTED**; (2) that defendant's motion for summary judgment (docket no. 26, filed December 5, 2007) be **DENIED AS MOOT**; and (3) that judgment be entered dismissing this action without prejudice.

//
//

It is further ordered that the clerk serve this Order and the Judgment herein on the parties.

DATED: February 20, 2008

VIRGINIA A. PHILLIPS
United States District Judge

Presented by:

Dated: February 19, 2008

CARLA M. WOEHRLE
United States Magistrate Judge