UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RAYMOND REDELL,<br><br>    Plaintiff,<br><br>    v.<br><br>GARY S. PENROD (Sheriff)<br><br>    Defendant. | No. ED CV 05-927-VAP(CW)<br><br>JUDGMENT |

IT IS ADJUDGED that this action is dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: February 20, 2008

_____
VIRGINIA A. PHILLIPS
United States District Judge